UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| RAUL KOPALEISHVILI, <br><br> Plaintiff, <br><br> vs. <br><br> UZBEK LOGISTICS, INC., et al. <br><br> Defendants. | Case No. 1:17-CV-00702-TSB <br><br> Judge Timothy S. Black |

## JOINT MOTION FOR CONTINUANCE OF DEADLINES

Plaintiff Raul Kopaleishvili, Defendant Uzbek Logistics, Inc. and Defendant Uzbek Transport Express, LLC, respectfully request that the Court continue the pending deadlines set in Docket Text and Notation Order dated March 28, 2018 by two weeks. A memorandum in support is attached.

Respectfully submitted,

*/s/ LaDonna M. Lusher*
LaDonna M. Lusher *Admitted Pro Hac Vice*
VIRGINIA & AMBINDER, LLP
40 Broad Street, 7th Floor
New York, New York 10004
Tel: (212) 943-9080

Robert F. Croskery (0064802)
CROSKERY LAW OFFICES
3905 Eastern Avenue, Suite 200
Cincinnati, Ohio 45226
Tel: (212) 232-5297

ATTORNEYS FOR PLAINTIFF
Raul Kopaleishvili

*/s/ Angela S. Cash*
Angela S. Cash *Admitted Pro Hac Vice*
SCOPELITIS, GARVIN, LIGHT, HANSON
& FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
Tel: (317) 637-1777

Alex Rodger (0089525)
BINGHAM GREENEBAUM DOLL LLP
2350 First Financial Center
255 East Fifth Street
Cincinnati, OH 45202
Tel: (513) 455-7610

ATTORNEYS FOR DEFENDANTS
Uzbek Logistics, Inc. and
Uzbek Transport Express, LLC

## **MEMORANDUM IN SUPPORT**

The Docket Text and Notation Order entered in this case on March 28, 2018 sets the deadline for Pre-Class Certification Discovery on June 15, 2018 and the deadline for Plaintiff's Motion for Class Certification to be filed on July 16, 2018. The parties have been engaged in ongoing discussions regarding document production for settlement negotiations.

These discussions have delayed facilitation of necessary Pre-Class Certification Discovery. Consequently, Defendants respectfully request that the Court continue the pre-certification discovery deadline to June 29, 2018 and the deadline for filing a motion for class certification to July 30, 2018.

The relief sought in this Motion is requested for good cause as set forth above and not for the purpose of delay. This motion is filed jointly by all parties to the action.

WHEREFORE, Plaintiff Raul Kopaleishvili, Defendant Uzbek Logistics, Inc. and Defendant Uzbek Transport Express, LLC, respectfully request that the Court continue the Pre-Certification Discovery deadline and the deadline for Plaintiff to file his Motion for Class Certification to June 29, 2018 and July 30, 2018 respectively.

Respectfully submitted,

| | |
|---|---|
| */s/ LaDonna M. Lusher* | */s/ Angela S. Cash* |
| LaDonna M. Lusher *Admitted Pro Hac Vice* | Angela S. Cash *Admitted Pro Hac Vice* |
| VIRGINIA & AMBINDER, LLP | SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C. |
| 40 Broad Street, 7th Floor | 10 West Market Street, Suite 1400 |
| New York, New York 10004 | Indianapolis, IN 46204 |
| Tel: (212) 943-9080 | Tel: (317) 637-1777 |
| | |
| Robert F. Croskery (0064802) | Alex Rodger (0089525) |
| CROSKERY LAW OFFICES | BINGHAM GREENEBAUM DOLL LLP |
| 3905 Eastern Avenue, Suite 200 | 2350 First Financial Center |
| Cincinnati, Ohio 45226 | 255 East Fifth Street |
| Tel: (212) 232-5297 | Cincinnati, OH 45202 |
| | Tel: (513) 455-7610 |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |
| Raul Kopaleishvili | Uzbek Logistics, Inc. and Uzbek Transport Express, LLC |

4817-6578-3654, v. 6