UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| RAUL KOPALEISHVILI, <br><br> Plaintiff, <br><br> vs. <br><br> UZBEK LOGISTICS, INC., et al. <br><br> Defendants. | Case No. 1:17-CV-00702-TSB <br><br> Judge Timothy S. Black |

**ORDER GRANTING FINAL APPROVAL OF THE
CLASS ACTION SETTLEMENT (Doc. 51)**

Plaintiff Raul Kopaleishvili, on behalf of himself and the Class Members ("Plaintiffs"), and Defendants Uzbek Logistics, Inc. and Uzbek Transport Express, LLC ("Defendants," which collectively with Plaintiffs are the "Parties"), have entered into a Settlement Agreement. By Order dated November 10, 2021, the Court granted preliminary approval of the proposed Class Action Settlement for the following certified class:

> All drivers who entered into written contracts with Uzbek Logistics, Inc. and/or Uzbek Transport Express, LLC since April 2009 requiring payment on a "per mile" basis. The class does not include those drivers whose contracts expressly state compensation will be paid "based on practical miles."

In accordance with the Court's preliminary approval order, the Court conducted a final fairness hearing as required by Federal Rule of Civil Procedure 23(e) on March 15, 2022. The Court has read and considered the Settlement Agreement and all exhibits thereto and determined the parties have provided the Court sufficient information to decide whether the Settlement should be granted final approval. For the reasons cited on the record as well as those stated

1

hereafter, the Court finds and orders as follows:

The Court hereby GRANTS final approval of the Class Action Settlement based upon the terms set forth in the Preliminary Approval Order and the Settlement Agreement filed by the parties. The Settlement appears to be fair, adequate, and reasonable to the Class.

1. The Notice approved by the Court was provided by First Class direct mail to the last-known address of each of the individuals identified as Class Members. In addition, follow up efforts were made to send the Notice to those individuals whose original notices were returned as undeliverable. Class Counsel shall continue to search for those individuals whose notices remain undeliverable. The Notice adequately described all of the relevant and necessary parts of the proposed Settlement, the request for a service award to the Named Plaintiff, and Class Counsel's request for attorneys' fees and costs.

2. The Court finds that the Notice given to the Class fully complied with Rule 23, was the best notice practicable, satisfied all constitutional due process concerns, and provides the Court with jurisdiction over the Class Members.

3. The Court has concluded that the Settlement, as set forth in the Settlement Agreement executed by the parties, is fair, reasonable, and adequate, including the requested attorneys' fees and costs and service award to the Class Representative. The Court finds that the uncertainty and delay of further litigation strongly supports the reasonableness and adequacy of the $100,000.00 Settlement Amount established pursuant to the Settlement Agreement.

4. The Settlement is HEREBY APPROVED in its entirety.

5. The Settlement Fund shall be disbursed in accordance with the terms set forth in the

Settlement Agreement.

6. This case is hereby DISMISSED WITH PREJUDICE, with each party to bear his, her, or its own costs, except as set forth herein, and with this Court retaining exclusive jurisdiction to enforce the Settlement Agreement, including over disbursement of the Settlement Amount.

7. All Class Members who did not opt out of the Settlement have released all Released Claims as set forth in the Settlement Agreement.

8. The Court hereby enters Judgment approving the terms of the Settlement. This Order shall constitute a Final Judgment for purposes of Federal Rules of Civil Procedure 54 and 58.

9. Notwithstanding the fact that the Court shall retain jurisdiction to enforce the settlement agreement, this case shall be TERMINATED on the docket of this Court.

**IT IS SO ORDERED:**

Date: 3/15/22

Timothy S. Black
United States District Judge

3