AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | |
|---|---|
| RAUL KOPALEISHVILI | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  1:17-cv-702 |
| UZBEK LOGISTICS, INC., et al. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑ other: The Court has concluded that the Settlement, as set forth in the Settlement Agreement executed by the parties, is fair, reasonable, and adequate, including the requested attorneys' fees and costs and service award to the Class Representative; this case is hereby DISMISSED WITH PREJUDICE, with each party to bear his, her, or its own costs, except as set forth in the Court's Order (Doc. 53), and with this Court retaining exclusive jurisdiction to enforce the Settlement Agreement, including over disbursement of the Settlement Amount; and this case is TERMINATED on the docket of this Court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    Timothy S. Black, U.S. District Judge    on a motion for

Settlement Memorandum of Law in Support of Final Approval of a Class Action Settlement and for Approval of Attorneys' Fees, Costs, and Service Award to the Named Plaintiff.

Date:  3/15/2022 _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*